**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY DIXON,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OFFICER SCOTT SCHWEIZER,<br>OFFICER ERIK PROSS,<br>OFFICER SZELAGOWSKI,<br>CITY OF PHILADELPHIA,<br>JOHN/JANE DOES 1-10<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5403 |

## O R D E R

**AND NOW**, this 19th day of March, 2019, upon consideration of Plaintiff's Request to Extend the Resposnive [sic] Filing Deadline (Document No. 7, filed March 18, 2019), in which plaintiff requests an extension of time to April 5, 2019 to file a response to Defendant the City of Philadelphia's Motion for Judgment on the Pleadings (Document No. 6, filed March 6, 2019), there being no objection, **IT IS ORDERED** that plaintiff's request is **GRANTED**. The date by which plaintiff shall file and serve a response to Defendant the City of Philadelphia's Motion for Judgment on the Pleadings is **EXTENDED** from March 20, 2019 to April 5, 2019.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**