IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. DOWNS,<br>Plaintiff,<br><br>v.<br><br>BOROUGH OF JENKINTOWN,<br>DEBORA PANCOE,<br>RICHARD BUNKER, and<br>GEORGE LOCKE,<br>Defendants. | CIVIL ACTION<br><br>NO. 18-4529 |

## ORDER

AND NOW, this 4th day of December, 2019, upon consideration of the letter/request from counsel for plaintiffs dated December 4, 2019,[1] in which counsel for plaintiffs requests an extension of time until December 13, 2019, by which to respond to Defendants' Borough of Jenkintown, Debora Pancoe, Richard Bunker and George Locke's Motion for Summary Judgment Pursuant to Rule 56 (Document No. 19, filed November 15, 2019), the request being unopposed, and good cause appearing, **IT IS ORDERED** that the request for an extension of time is **GRANTED**. Counsel for plaintiffs shall file and serve the response to defendants' Motion for Summary Judgment on or before December 13, 2019. Two (2) copies of the response shall be served on the Court (Chambers, Room 12613) when the originals are filed.

BY THE COURT:

DuBOIS, JAN E., J.

---

[1] A copy of the letter/request from counsel for plaintiff dated December 4, 2019, shall be docketed by the Deputy Clerk.