*LAW OFFICES*

**WILLIAM J. FOX, P.C.**

Member PA & NJ Bar

1626 Pine Street
Philadelphia, PA 19103
Tel: (215) 546-2477
Fax: (215) 546-4698

NJ OFFICE

10 Grove Street
Haddonfield, NJ 08033

December 10, 2019

Honorable Jan E. DuBois
U.S. Courthouse
**VIA FAX ONLY: (215) 580-2141**

Re:  David & Margaret Downs, h/w, v. Borough of Jenkintown, ET AL.
     No. 18-CV-4529

Dear Judge DuBois:

As you know, Plaintiffs' response to Defendants' Motion For Summary Judgment is due on December 13, 2019. Sunday night, my Father-in-Law, Anthony Lerario died. I will be out of the office most of this week to attend to my family and the viewing on Thursday evening and the funeral which takes place on Friday, December 13, 2019. For these reasons, I request a one week extension of time until December 20, 2019 in which to respond to Defendants' Motion for Summary Judgment. I have contacted opposing counsel, Suzanne McDonough, Esquire, and she informed me that Defendants do not object to this request.

Thank you for your consideration of this request.

Very truly yours,

WILLIAM J. FOX

WJF/rw
cc: Suzanne McDonough, Esquire