IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. DOWNS & MARGARET A. DOWNS, H/W<br>**Plaintiffs** | : : : : | 18-CV-4529 |
| v. | : : | |
| BOROUGH OF JENKINTOWN, ET AL.<br>**Defendants** | : : : | |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon review of Plaintiffs' Motion For Reconsideration of the Court's May 22, 2020 Order granting Summary Judgment to Defendants, Borough of Jenkintown, Deborah Pancoe and Richard Bunker, and any Response thereto, it is hereby ordered and decreed that Plaintiffs' Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that the May 22, 2020 Order granting summary judgment for Defendants, Borough of Jenkintown, Deborah Pancoe and Richard Bunker, is reversed and vacated.

_____
HONORABLE JAN E. DUBOIS