IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID B. DOWNS & MARGARET A. DOWNS, H/W** | : | |
| **Plaintiffs** | : | 18-CV-4529 |
| | : | |
| v. | : | |
| | : | |
| **BOROUGH OF JENKINTOWN, ET AL.** | : | |
| **Defendants** | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon review of Plaintiffs' Response To Defendants' Motion To Strike the Declaration of Michael Yanoff, Esquire, it is hereby ordered and decreed that Defendants' Motion To Strike The Declaration Of Michael Yanoff, Esquire, is DENIED.

HONORABLE JAN E. DUBOIS